144 A.3d 710

**MAXWELL**

v.

**MAZOR**

**Pet. Docket No. 182, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

144 A.3d 710

**MOORE, Robert Gary**

v.

**STATE of Maryland**

**Pet. Docket No. 219, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.